# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CODY BAKER                                                                                      PLAINTIFF

V.                    4:18CV00205-BRW/JTR

ASHLEY COUNTY DETENTION CENTER                   DEFENDANT

## TRANSFER ORDER

Cody Baker filed a *pro se* § 1983 Complaint alleging that the defendant, Ashley County Detention Center, is violating his constitutional rights.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). The events giving rise to this action occurred in Ashley County, and the only defendant resides in that county. Ashley County is located in the El Dorado Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, El Dorado Division.

Dated this  13th  day of April, 2018.

                                                           /s/ Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE